ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURII NAUMCHYK,<br><br>                              Plaintiff,<br><br>                    v.<br><br>EDLOW, ET AL.,<br><br>                              Defendants. | CASE NO.  2:26-cv-00344-JDP<br><br>JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On February 8, 2026, Yurii Naumchyk ("Plaintiff") filed a complaint seeking relief under the Administrative Procedures Act relating to his filing of a Form I-589 Application for Asylum and Withholding of Removal in March of 2019.  The Complaint was served on February 13, 2026, making the current response deadline April 14, 2026. Subsequent to the filing of this case, Plaintiff's interview associated with his Form I-589 was scheduled for for March 17, 2026.  Plaintiff requested a rescheduling, and the interview was set for April 7, 2026.  The interview could not proceed due to Plaintiff's late submission of requested documents and Notice was sent to Plaintiff and his Counsel with instructions on how to reschedule.  In the interest of allowing the procedure to advance, the parties stipulate to an extension of the deadline for Defendants to respond for approximately ninety days to and including July 13, 2026.  Based on this stipulation, the new date for

///

Defendants to file an answer or other dispositive pleading is July 13, 2026.  The parties further request that all other applicable dates and deadlines be similarly extended.

DATED: April 10, 2026                                    Respectfully submitted,

                                                        ERIC GRANT
                                                        United States Attorney

                                        By:    */s/ Catherine J. Swann*
                                                        CATHERINE J. SWANN
                                                        Assistant United States Attorney
                                                        Counsel for the United States


                                        By:    */s/ Regina Jacobs (as authorized on April 9, 2026)*
                                                        REGINA JACOBS
                                                        Counsel for Plaintiff

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated:    April 10, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME